**Opinion issued January 22, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

NO. 01-14-00713-CV

———————————

**MOHAMED FARRAG, Appellant**

**V.**

**DANIELLE BRYAN, Appellee**

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Case No. 2014-38348

**MEMORANDUM OPINION**

Appellant, Mohamed Farrag, has failed to timely file a brief. *See* TEX. R.
APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of
appellant to file brief). After being notified that this appeal was subject to
dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.